IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

2021 APR -7  PM 12: 28

DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 7:21-cr-04-O |
| GAVIN WESLEE BLAKE PERRY (01) | |

### INDICTMENT

The Grand Jury Charges:

### Count One
Transmitting a Threatening Communication in Interstate Commerce
(Violation of 18 U.S.C. § 875(c))

On or about March 23, 2020, in the Northern District of Texas, the defendant, **Gavin Weslee Blake Perry**, knowingly and willfully did transmit in interstate and foreign commerce, via a Facebook internet account, a communication to the general public containing a threat to injure another person, namely Nancy Pelosi, specifically to cause injury to her person.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL.

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

GAVIN WESLEE BLAKE PERRY (01)

INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
1 Count

A true bill rendered

DALLAS                                                                                     FOREPERSON

Filed in open court this 7th day of April, 2021.

**Defendant in Federal Custody since March 19, 2021.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 7:20-MJ-011-BP