IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 7:21-CR-004-O |
| GAVIN WESLEE BLAKE PERRY (01) | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | John Coyle | Facebook Messages Shown to Defendant | _____ | _____ | _____ |
| 2. | Self-Authenticating | Facebook Account Records | _____ | _____ | _____ |
| 3. | Self-Authenticating | Wichita County Jail Calls | _____ | _____ | _____ |
| 4. | Self-Authenticating | Court Transcript from March 26, 2020 | _____ | _____ | _____ |
| 5. | Various | Investigative Reports | _____ | _____ | _____ |

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*s/ Robert J. Boudreau*
ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

Government's Exhibit List - Page  1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the parties who have consented in writing to accept this Notice as service of this document by electronic means.

                                    *s/ Robert J. Boudreau*
                                    ROBERT J. BOUDREAU
                                    Assistant United States Attorney