IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

No. 7:21-CR-00004-O

GAVIN WESLEE BLAKE PERRY (01)

## VERDICT OF THE JURY

COUNT ONE

We, the Jury, find the defendant, Gavin Weslee Blake Perry, **not guilty** as to Count One of the Indictment.

REDACTED

_____
Foreperson

**Verdict Form**